1 | McGREGOR W. SCOTT
United States Attorney
2 | CAMERON L. DESMOND
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900
5 |
6 | Attorneys for Plaintiff
United States of America
7 |

**FILED**

**Aug 06, 2020**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# SEALED

8 | IN THE UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10 |

11 | In the Matter of the Search of:

CASE NO.   2:20-sw-0686 DB

12 | A.  The residence located at 8902 Fox Creek
Drive, Stockton, California; and

SEALING ORDER

**UNDER SEAL**

13 | B.  The person of Jeremy David DOSIER,
DOB: **-**-1995, California Driver's
14 | License #****1333

15 |

16 | **SEALING ORDER**

17 | Upon Application of the United States of America and good cause having been shown,

18 | IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered,

19 | SEALED until further order of this Court.

20 | Dated:   08/06/2020

21 | DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

22 |
23 |
24 |
25 |
26 |
27 |
28 |

SEALING ORDER